LAW OFFICE OF THOMAS K. BOURKE
Thomas K. Bourke, State Bar No. 56333
Talltom2@aol.com
Rizwan R. Ramji, State Bar No. 210576
One Bunker Hill, Eighth Floor
601 West Fifth Street
Los Angeles, CA 90071-2094
Tel: (213) 623-1092 / Fax: (213) 623-5325

Attorneys for Plaintiff FREDERICK SCHIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDERICK SCHIFF, Plaintiff,

vs.

THE CITY & COUNTY OF SAN FRANCISCO, et al., Defendants.

No. C-08-4627 PJH

PLAINTIFF FREDERICK SCHIFF'S ~~[PROPOSED]~~ ORDER AND STIPULATION TO EXTEND DISCOVERY & MOTION CUT-OFF DATES

Given there is no present trial date in the action, the parties stipulate, subject to the approval of the court, to extend the discovery cut-off and motion dates by 90 days. The new discovery cut-off date is March 31, 2010 and the motion cut-off

date is 4/14/10.

DATED: November 30, 2009 LAW OFFICE OF THOMAS K. BOURKE

By ______________________
Thomas K. Bourke
Attorney for Plaintiff FREDERICK SCHIFF

DATED: November 30, 2009 CITY AND COUNTY OF SAN FRANCISCO

By ______________________
Lauren Monson
Attorney for Defendants

**ORDER**

IT IS SO ORDERD.

12/3/09

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 West Fifth Street, Eighth Floor, Los Angeles, California 90071-2092.

On, November 30, 2009, I served a copy of:

**PLAINTIFF FREDERICK SCHIFF'S [PROPOSED] ORDER AND STIUPLATION TO EXTEND DISCOVERY & MOTION CUT-OFF DATES**

[ X ] **(BY MAIL)** C.C.P. section 1013(a) by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at 601 W. Fifth Street, Los Angeles, CA 90071.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service made pursuant to C.C.P. 1013(a) should be presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY PERSONAL DELIVERY)** C.C.P. section 1011 by placing a true copy thereof enclosed in a sealed envelope addressed as follows. I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ ] **(BY FACSIMILE)** C.C.P. section 1013(e) by sending a true copy from The Law Office of Thomas K. Bourke's facsimile transmission telephone number 213.623.5325 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

[ X ] **(BY ELECTRONIC SERVICE)** C.C.P. section 1010.6 by electronically mailing a true and correct copy by electronic mail to the email address(s) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

[ ] **(BY OVERNIGHT DELIVERY)** C.C.P. section 1013(d) by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by FedEx at 601 West Fifth Street, Los Angeles, CA 90071.

Lauren M. Monson, Esq.
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, CA 94102-5408
lauren.monson@sfgov.org

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 30, 2009 in Los Angeles, California.

Leslie Ghazarian