DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
LAUREN M. MONSON, State Bar #242819
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3856
Facsimile:    (415) 554-4248
E-Mail:       lauren.monson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FREDERICK SCHIFF, | Case No. C08-4627PJH |
|---|---|
| Plaintiff, | DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND CHIEF FONG'S [PROPOSED] ORDER AND STIPULATION TO EXTEND DISCOVERY & MOTION CUT-OFF DATES AND TO SET A TRIAL DATE |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO; the SAN FRANCISCO POLICE DEPARTMENT; and HEATHER FONG, Individually and in her official Capacity as Chief of the SAN FRANCISCO POLICE DEPARTMENT, | Trial Date:    None Set |
| Defendant(s). | |

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1) Under the current scheduling order in this case, the discovery cutoff is Wednesday, March 31, 2010, and the last day for the parties to file a motion for summary judgment is April 14, 2010.

2) There has been one prior extension of the discovery and motion cut-off dates, by stipulation, in December 2009.

3) There is good cause to extend the discovery and motion cut-off dates because Defendant Chief Fong is unavailable to be deposed due to medical reasons. She will be unavailable for medical

reasons until July 2010. Plaintiffs are unable to complete discovery and are unable to oppose any motions for summary judgment without Chief Fong's deposition.

4) There is currently no trial date set in this matter. In order to limit any prejudice to plaintiff in this continuance, the parties request that the court set a trial date at its convenience in late 2010 or early 2011.

5) The parties have been diligent in their discovery to this point. Defendants have taken part of Plaintiff's deposition and are set to conclude his deposition on March 8, 2010. Plaintiffs are taking a witness deposition on March 8, 2010. Both parties have engaged in written discovery.

6) According to the above agreement, the parties stipulate to the following extension of the discovery and motion cut-off dates:

Completion of Fact Discovery:     August 13, 2010
Dispositive Motion Filing Deadline:     August 30, 2010

7) The parties also agree for the court to set a trial date in this matter in late 2010 or early 2011.

8) The parties stipulate to a modification of the Court's scheduling order, as noted above, and request that the Court enter an order consistent with this stipulation.

Dated: 2-16-10

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney

By: _____
LAUREN M. MONSON
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated:

By: _____
THOMAS K. BOURKE
Attorney for Plaintiff
FREDERICK SCHIFF

1  reasons until July 2010. Plaintiffs are unable to complete discovery and are unable to oppose
2  any motions for summary judgment without Chief Fong's deposition.
3  4) There is currently no trial date set in this matter. In order to limit any prejudice to plaintiff in
4  this continuance, the parties request that the court set a trial date at its convenience in late 2010
5  or early 2011.
6  5) The parties have been diligent in their discovery to this point. Defendants have taken part of
7  Plaintiff's deposition and are set to conclude his deposition on March 8, 2010. Plaintiffs are
8  taking a witness deposition on March 8, 2010. Both parties have engaged in written discovery.
9  6) According to the above agreement, the parties stipulate to the following extension of the
10 discovery and motion cut-off dates:
11 Completion of Fact Discovery:            August 13, 2010
12 Dispositive Motion Filing Deadline:      August 30, 2010
13 7) The parties also agree for the court to set a trial date in this matter in late 2010 or early 2011.
14 8) The parties stipulate to a modification of the Court's scheduling order, as noted above, and
15 request that the Court enter an order consistent with this stipulation.

16 Dated:
                                         DENNIS J. HERRERA
17                                       City Attorney
                                         ELIZABETH S. SALVESON
18                                       Chief Labor Attorney
19
                                         By:_____
20                                          LAUREN M. MONSON
                                            Attorneys for Defendants
21                                          CITY AND COUNTY OF SAN FRANCISCO, et al.
22
23 Dated: 2-16-10
24                                       By:_____
                                            THOMAS K. BOURKE
25                                          Attorney for Plaintiff
                                            FREDERICK SCHIFF
26
27
28

[PROPOSED] Order & Stipulation re Sched. Dates       2                    n:\labor\li2009\090958\00610091.doc
CASE NO. C08-4627PJH

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2  THE COURT'S SCHEDULING ORDER IS MODIFIED AS FOLLOWS:

3  a) The discovery cutoff shall be continued to August 13, 2010;

4  b) The last day for the parties to file motions for summary judgment shall be continued to

5  August 30, 2010; and

6  c) A trial date shall be set ~~for~~ after a ruling on dispositive motions. Dates parties' seek now are unavailable.

9  Dated: 2/22/10



THE HONORABLE PHYLLIS J. HAMILTON

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[PROPOSED] Order & Stipulation re Sched. Dates        3        n:\labor\li2009\090958\00610091.doc
CASE NO.   C08-4627PJH