UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | No. C 08-4627 PJH<br><br>ORDER RE ATTORNEY PATRICK J. MANSHARDT'S UNAUTHORIZED PRACTICE OF LAW |
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>    v.<br><br>TERESA BARRETT, et al.,<br><br>    Defendants, | No. C 10-1051 PJH |

_____/

On June 16, 2010, Patrick J. Manshardt, State Bar No. 178085, appeared at a hearing in this court, in case No. C 10-1051 PJH, on behalf of plaintiff Frederick Schiff, and argued in opposition to defendants' motion to dismiss and in support of plaintiff's motion for preliminary injunction and for writ of administrative mandamus. At the beginning of the hearing, Mr. Manshardt, who had not previously entered an appearance in case No. C 10-1051 PJH (and who had previously withdrawn from case No. C 08-4627 PJH), hand-delivered a "Notice of Association of Counsel" bearing the docket numbers of both the above-entitled related cases. The clerk subsequently e-filed the notice in both actions.

According to the website of the State Bar of California, Mr. Manshardt has been "Not Eligible to Practice Law" since February 28, 2009.  By orders filed July 29, 2009, the Chief Judge of this District ordered Mr. Manshardt removed from the roll of attorneys authorized to practice before this Court.  See Order, filed July 29, 2009, Case No. 09-mc-80080 VRW (Docket No. 2); Order, filed July 29, 2009, Case No. 09-mc-80091 VRW (Docket No. 2).  The Chief Judge's orders have not been vacated.

In light of the above orders, the clerk is directed to remove Mr. Manshardt from the docket of the above-entitled actions.  As Mr. Manshardt is not a member of the bar of this court, he is not permitted to practice in this court, see Civ. L.R. 11-1, and may not appear in either of the above-entitled actions unless and until he is authorized to practice law by the State Bar and to practice before this court by the Chief Judge or his designee.  Plaintiff shall appear by other counsel noted on the docket at the case management conference scheduled for July 15, 2010.

In lieu of an order to show cause re sanctions for what appears to be his unauthorized practice of law, the court instead, by copy of this order, refers this matter to the State Bar for appropriate action.

**IT IS SO ORDERED.**

Dated: June 17, 2010

PHYLLIS J. HAMILTON
United States District Judge

2



# THE STATE BAR OF CALIFORNIA

Wednesday, June 16, 2010

State Bar Home

Home > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

### Patrick James Manshardt - #178085

**Current Status: Not eligible to practice law (Not Entitled)**

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 178085 | | |
| **Address** | Law Ofc of Patrick J Manshardt<br>5657 Wilshire Blvd #180-32<br>Los Angeles, CA 90036 | **Phone Number** | (213) 880-1543 |
| | | **Fax Number** | Not Available |
| | | **e-mail** | pjmanshardtlaw@aol.com |
| **District** | District 7 | **Undergraduate School** | California St Univ Long Beach; CA |
| **County** | Los Angeles | **Law School** | Whittier Coll SOL; CA |
| **Sections** | None | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Not Eligible To Practice Law |
| 2/28/2009 | Not Eligible To Practice Law |
| 10/1/2008 | Active |
| 8/16/2008 | Not Eligible To Practice Law |
| 8/1/2008 | Active |
| 7/1/2008 | Not Eligible To Practice Law |
| 10/4/2007 | Active |
| 8/16/2007 | Not Eligible To Practice Law |
| 3/14/2007 | Active |
| 9/18/2006 | Not Eligible To Practice Law |
| 2/16/2005 | Active |
| 9/16/2004 | Not Eligible To Practice Law |
| 1/27/2004 | Active |
| 9/16/2003 | Not Eligible To Practice Law |
| 12/1/1995 | Admitted to The State Bar of California |

Explanation of member status

## Actions Affecting Eligibility to Practice Law

| Effective Date | Description | Case Number | Resulting Status |
| --- | --- | --- | --- |
| **Disciplinary and Related Actions** | | | |
| 4/19/2010 | Suspended, failed to pass Prof.Resp.Exam | 07-O-10914 | Not Eligible To Practice Law |
| 12/10/2009 | Discipline w/actual suspension | 08-O-10265 | Not Eligible To Practice Law |
| 3/7/2009 | Ordered inactive | 08-O-10265 | Not Eligible To Practice Law |
| 2/28/2009 | Discipline w/actual suspension | 07-O-10914 | Not Eligible To Practice Law |
| 8/25/2008 | Ordered inactive | 07-O-10914 | Not Eligible To Practice Law |
| **Administrative Actions** | | | |
| 7/1/2009 | Suspended, failed to pay Bar membr. fees | | Not Eligible To Practice Law |
| 8/16/2008 | Suspended/Child & Fam Supp noncompliance | | Not Eligible To Practice Law |
| 7/1/2008 | Suspended, failed to pay Bar membr. fees | | Not Eligible To Practice Law |
| 8/16/2007 | Suspended, failed to pay Bar membr. fees | | Not Eligible To Practice Law |
| 9/18/2006 | Suspended, failed to pay Bar membr. fees | | Not Eligible To Practice Law |
| 9/18/2006 | Admin Inactive/MCLE noncompliance | | Not Eligible To Practice Law |
| 9/16/2004 | Suspended, failed to pay Bar membr. fees | | Not Eligible To Practice Law |
| 9/16/2003 | Suspended, failed to pay Bar membr. fees | | Not Eligible To Practice Law |

Copies of official attorney discipline records are available upon request.

Explanation of common actions

## State Bar Court Cases

**NOTE:** *The State Bar Court began posting public discipline documents online in 2005. The format and pagination of documents posted on this site may vary from the originals in the case file as a result of their translation from the original format into Word and PDF. Copies of additional related documents in a case are available upon request. Only Opinions designated for publication in the State Bar Court Reporter may be cited or relied on as precedent in State Bar Court proceedings. For further information about a case that is displayed here, please refer to the State Bar Court's online docket, which can be found at:* http://apps.statebarcourt.ca.gov/dockets/dockets.aspx

**DISCLAIMER:** *Any posted Notice of Disciplinary Charges, Conviction Transmittal or other initiating document, contains only allegations of professional misconduct. The attorney is presumed to be innocent of any misconduct warranting discipline until the charges have been proven.*

| Effective Date | Case Number | Description |
| --- | --- | --- |
| 5/6/2010 | 08-O-10265 | Order [PDF] |
| 4/19/2010 | 07-O-10914 | [PDF] |
| 2/25/2010 | 08-O-10265 | Order [PDF] |
| 12/10/2009 | 08-O-10265 | Decision [PDF] [WORD] |
| 2/28/2009 | 07-O-10914 | Order [PDF] |
| 2/28/2009 | 07-O-10914 | Stipulation [PDF] |

### California Bar Journal Discipline Summaries

*Summaries from the California Bar Journal are based on discipline orders but are not the official records. Not all discipline actions have associated CBJ summaries. Copies of official attorney discipline records are available upon request.*

**February 28, 2009**

PATRICK J. MANSHARDT [#178085], 43, of Los Angeles was suspended for two years, stayed, placed on two years of probation with an actual 60-day suspension and he was ordered to take the MPRE within one year. The order took effect Feb. 28, 2009.

Manshardt stipulated to four counts of misconduct. He practiced law while suspended for noncompliance with MCLE requirements in 2006. By holding himself out as eligible to practice, he made misrepresentations to the court and committed acts of moral turpitude. He also did not cooperate with the bar's investigation. In mitigation, he has no discipline record since his 1995 admission to the bar.

Start New Search >

Contact Us    Site Map    Privacy Policy    Notices    © 2010 The State Bar of California