DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
LAUREN M. MONSON, State Bar #242819
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3856
Facsimile:     (415) 554-4248
E-Mail:        lauren.monson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;  HEATHER FONG; TERESA BARRETT; JOE MARSHALL; THOMAS MAZZUCCO; PETRA DEJESUS; DAVID ONEK; VINCENT PAN; JAMES HAMMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>     Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; the SAN FRANCISCO POLICE DEPARTMENT; and HEATHER FONG, Individually and in her official Capacity as Chief of the SAN FRANCISCO POLICE DEPARTMENT,<br><br>     Defendant(s). | Case No. C08-4627PJH |
| FREDERICK SCHIFF,<br><br>     Plaintiff,<br><br>vs.<br><br>TERESA BARRETT; THE CITY & COUNTY OF SAN FRANCISCO; JOE MARSHALL; THOMAS MAZZUCCO; PETRA DEJESUS; DAVID ONEK; VINCENT PAN; and JAMES HAMMER,<br><br>     Defendants. | Case No. CV-10-01051PJH<br><br>**STIPULATION and ~~PROPOSED~~ ORDER TO DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

Pursuant to the court's July 15 minute order, the parties stipulate and propose the following discovery and dispositive motion deadlines for the above cases, *Schiff v. City and County of San Francisco*, et al., Case No. C08-4627PJH and *Schiff v. Teresa Barrett*, et al Case No. CV-10-01051PJH.

**IT IS STIPULATED BY THE PARTIES AS FOLLOWS:**

| Event | Date |
| --- | --- |
| Deadline for Amending Pleadings and/or Joinder of Parties: | Dec. 17, 2010 |
| Discovery Cutoff: | March 18. 2011 |
| Deadline to file Dispositive Motion: | April 22, 2011 |
| Expert Disclosures: | June 10, 2011 |
| Expert Discovery Cutoff: | Aug. 12, 2011 |

The court's minute order did not request stipulated trial or pretrial dates. If the court is inclined to schedule a trial date at this time, the parties have agreed and stipulate to the following trial and pretrial dates:

| ~~Event~~ | ~~Date~~ |
| --- | --- |
| ~~Pretrial Conference:~~ | ~~Sept. 1, 2011~~ |
| ~~Trial:~~ | ~~Oct. 3, 2011~~ |

Dated:  August 18, 2010

             DENNIS J. HERRERA
             City Attorney
             ELIZABETH S. SALVESON
             Chief Labor Attorney

           By:     /s/ Lauren M. Monson
             LAUREN M. MONSON
             Attorneys for Defendants
             CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated:  August 18, 2010

           By:     /s/ Thomas K. Bourke
             THOMAS K. BOURKE
             Attorneys for Plaintiff
             FREDERICK SCHIFF

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

4  Dated: 8/19/10

_____
THE HONORABLE PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton