# UNITED STATES DISTRICT COURT
## Northern District of California
### Oakland Division

| | |
|---|---|
| FREDERICK SCHIFF,<br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>  Defendants.<br>_____/ | No. C 08-4627 PJH<br><br>**ORDER RE: REQUEST FOR DEFENDANT HEATHER FONG TO BE EXCUSED FROM ATTENDING MEDIATION**<br><br>Date:      December 15, 2010<br>Mediator:  Margaret Hart Edwards |

  IT IS HEREBY ORDERED that the request for defendant retired Police Chief Heather Fong to be excused from attending the December 15, 2010, mediation before Margaret Hart Edwards is GRANTED.

  IT IS SO ORDERED.

December 10, 2010           By:        _Elizabeth D. Laporte_
Dated                                  Elizabeth D. Laporte
                                       United States Magistrate Judge