DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
LAUREN M. MONSON, State Bar #242819
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3856
Facsimile:      (415) 554-4248
E-Mail:           lauren.monson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; the SAN FRANCISCO POLICE DEPARTMENT; and HEATHER FONG, Individually and in her official Capacity as Chief of the SAN FRANCISCO POLICE DEPARTMENT,<br><br>    Defendant(s). | Case No. C08-4627 PJH<br>Case No. C10-01051 PJH<br><br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME TO HEAR DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND PLAINTIFF'S 2ND MOTION TO COMPEL and [PROPOSED] ORDER**<br><br>[Civ. L.R. 6-2; 7-12]<br><br>Hearing Date:    March 15, 2011<br>Time:                 9:00 A.M.<br>Place:                Court E, 15th Floor, SF<br><br>Trial Date:         None Set |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendants and Plaintiff submit the following stipulation and request for an Order shortening time to hear Defendants' Motion for Protective Order, filed February 4, 2011 and Plaintiff's 2nd Motion to Compel, also filed February 4, 2011.  In the alternative, Defendants request that the court stay discovery related to the deposition of the City and County of San Francisco pending the outcome of its Motion for Protective Order.

1   On January 31, 2011 the court re-set the hearing schedule on Plaintiff's 1st Motion to Compel and Plaintiff's Motion for Attorney's Fees and Costs to March 8, 2011 at 9:00 a.m. in Courtroom E, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. On this same date, Defendant City received an amended deposition notice from plaintiff, setting a Rule 30(b)(6) deposition for February 16, 2011.

Defendant served objections to plaintiff's deposition notice on February 1, 2011. Plaintiff responded to defendant's request to meet and confer on February 3 and the parties were unable to come to any agreement. Defendant is not only unavailable for deposition on February 16, but also seeks a protective order regarding the Rule 30(b)(6) deposition notice, as well as certain categories of information sought in discovery by plaintiff and subject of plaintiff's Motion to Compel set for hearing March 8, 2011.

During its meet and confer, Plaintiff informed Defendant of his desire to file a 2nd Motion to Compel. Defendants agreed that if the motion was filed by February 4, it would stipulate to it being heard on the same shortened schedule as the City's Motion for Protective Order.

Defendant filed its Motion for Protective Order today, February 4, 2011. Plaintiff informed Defendant in a second meet and confer phone conference held the morning of February 4, 2011 that he would be filing his second Motion to Compel today. For sake of economy and efficiency, and due to overlapping issues in both Plaintiff's two Motions to Compel and Defendant's Motion for Protective Order, the parties respectfully request that their motions filed February 4, 2011 be heard on shortened time, and on the same date set for plaintiff's 1st Motion to Compel: March 8, 2011. In addition, the discovery cut off in both cases is set for March 18, 2011.

Moreover, plaintiff's counsel is located in Los Angeles and a consolidation of the hearing dates for both motions would save opposing counsel an additional trip to San Francisco for an additional hearing.

The parties met and conferred on February 3, 2011and February 4, 2011 regarding this Administrative Motion for Relief and defendant's request for a shortened briefing schedule. Both parties agree and stipulate to the proposed shortened schedule.

Joint Stipulation for Order Shortening Time         2         n:\labor\li2011\090958\00678289.doc
CASE NO.   C08-4627PJH

1  The parties propose the following shortened hearing date and briefing schedule for the City's
2  Motion for Protective Order and Plaintiff's 2nd Motion to Compel filed February 4, 2011:  Hearing on
3  Defendant's Motion for Protective Order and Plaintiff's 2nd Motion to Compel March 8, 2011;
4  Opposition briefs due February 16, 2011; and Reply briefs due February 23, 2011.
5  A stipulation and proposed order is included below.

7  Dated:  February 4, 2011

          DENNIS J. HERRERA
          City Attorney
          ELIZABETH S. SALVESON
          Chief Labor Attorney
          JONATHAN C. ROLNICK

         By:   /s/ Lauren M. Monson
          LAUREN M. MONSON
          Attorneys for Defendant(s)
          CITY AND COUNTY OF SAN FRANCISCO, et al.

**IT IS STIPULATED BY THE PARTIES AS FOLLOWS:**

Defendant's Motion for Protective Order and Plaintiff's 2nd Motion to Compel, filed February 4, 2011, shall be heard on shortened time. Defendant's Motion for Protective Order and Plaintiff's 2nd Motion to Compel will be heard on March 8, 2011 at 9:00 a.m. in Courtroom E, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. Opposition briefs are due February 16, 2011 and Reply briefs are due February 23, 2011.

Dated: February 4, 2011

> DENNIS J. HERRERA
> City Attorney
> ELIZABETH S. SALVESON
> Chief Labor Attorney
>
> By: /s/ Lauren M. Monson
> LAUREN M. MONSON
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: February 4, 2011

> By: /s/ Thomas K. Bourke
> Thomas K. Bourke
> Attorney for Plaintiff
> FREDERICK SCHIFF

**PURSUANT TO STIPULATION, AND AGREEMENT OF THE COURT, IT IS SO ORDERED:**

Dated: February 15, 2011

THE HONORABLE ELIZABETH D. LAPORTE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*