UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDERICK SCHIFF

       Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

       Defendants.
_____

FREDERICK SCHIFF,

       Plaintiff,

    v.

TERESA BARRETT, et al.,

       Defendants.
_____/

No. C 08-4627 PJH

**ORDER**

No. C 10-1051 PJH

      The court is in receipt of chambers copies of the papers in support of the motions for partial summary judgment filed by plaintiff Frederick Schiff in the above-entitled action. Each motion is accompanied by a declaration that includes numerous exhibits. However, the exhibits are not tabbed, and the court is unable to locate specific exhibits with any facility. In addition, several of the exhibits are illegible, and some exhibit designations appear to be missing or misplaced. The court does not have the time to sort through plaintiff's papers to try to make sense of them. Accordingly, no later than Thursday, April 7, 2011, plaintiff shall resubmit usable chambers copies of his motion papers.

**IT IS SO ORDERED.**

Dated: April 5, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge