UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDERICK SCHIFF,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____

No. C 08-4627 PJH

**ORDER CONTINUING HEARING DATE**

FREDERICK SCHIFF,

    Plaintiff,

    v.

TERESA BARRETT, et al.,

    Defendants.

_____/

No. C 10-1051 PJH

The date for the hearing on plaintiff's motions for partial summary judgment, previously set for April 20, 2011, has been CONTINUED to Wednesday, June 29, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 15, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge