LAW OFFICE OF THOMAS K. BOURKE
Thomas K. Bourke (SBN 56333)
Talltom2@aol.com
601 West Fifth Street, Eighth Floor
Los Angeles, CA  90071-2094
Telephone: (213) 623-1092
Facsimile: (213) 623-5325

Attorney for Plaintiff Frederick Schiff.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>             Plaintiff,<br><br>        vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, *et al.*,<br><br>             Defendant. | CASE NO.  C08-4627 PJH ("Schiff 2")<br>CASE NO.  C10-01051 PJH ("Schiff 3")<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT EXPERT DISCOVERY** |

   WHEREAS the Court's current deadline for the last day to make expert disclosures is June 10, 2011; and

   WHEREAS the Court's current cut-off for expert discovery is August 12, 2011; and

   WHEREAS the parties currently have pending motions for summary judgment, or partial summary judgment scheduled for hearing on June 29, 2011; and

   WHEREAS the Court's rulings on the parties' pending motions for summary judgment or partial summary judgment will likely affect the issues that will ultimately be tried in the case; and

WHEREAS there is currently no trial date set in these two actions by the Court;

IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that the deadline for conducting expert disclosures is extended to 30 days after the Court issues a ruling on the parties' pending motions for summary judgment, or partial summary judgment, and

IT IS FURTHER STIPULATED BY THE PARTIES, subject to the approval of the Court, that the expert discovery cut-off is extended to 90 days from the date after the Court issues a ruling on the parties' pending motions for summary judgment, or partial summary judgment.

Dated: June 9, 2011         Law Office of Thomas K. Bourke

By: /s/ Thomas K. Bourke
Thomas K. Bourke
Attorney for Plaintiff Frederick (Ric) Schiff

Dated: June 9, 2011         Office of the City Attorney

By: /s/ Lauren M. Monson
Lauren M. Monson
Attorney for Defendants City and County of San Francisco, et al.

**IT IS SO ORDERED.**

6/10/11

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28