IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO;<br>THE SAN FRANCISCO POLICE DEPARTMENT;<br>and HEATHER FONG, individually and in<br>her official capacity as Chief of the<br>SAN FRANCISCO POLICE DEPARTMENT,<br><br>    Defendants.<br>_____/<br>HEINZ HOFMANN and THOMAS BUCKLEY,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO;<br>THE SAN FRANCISCO POLICE DEPARTMENT;<br>GEORGE GASCON, individually and in<br>his official capacity as Chief of<br>Police, SFPD; JEFFEREY GODOWN,<br>individually and in his official<br>capacity as Chief of Police, SFPD,<br><br>    Defendants.<br>_____/ | No. C 08-04627 CW<br><br>JUDICIAL REFERRAL<br>FOR PURPOSES OF<br>DETERMINING<br>RELATIONSHIP OF<br>CASES<br><br><br><br>No. C 11-4016 CW |

    Pursuant to Civil Local Rule 3-12 (c), this Court, sua sponte, refers the above referenced cases to Judge Hamilton to consider whether they are related.

    IT IS SO ORDERED:

Dated: __12/1/2011_____           _____
                                                  CLAUDIA WILKEN
                                           United States District Judge